IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW ISRAEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23-CV-077-RAW |
| | ) |
| KATIE ROTHROCK, SHERIFF | ) |
| BECK, and KAT DOE, | ) |
| | ) |
| Defendants. | ) |

**OPINION AND ORDER**

On March 3, 2023, Plaintiff Matthew Israel, a pro se prisoner who is incarcerated at the Delaware County Jail in Jay, Oklahoma, filed this civil rights complaint pursuant to 42 U.S.C. 1983 (Dkt. 1). The three defendants are Delaware County Jail Administrator Katie Rothrock, Delaware County Sheriff Beck, and Delaware County Jail Nurse Kat Doe. *Id.* at 1-2. Plaintiff alleges the defendants have violated his constitutional rights by allowing excessive force against him when he was attacked by other inmates on February 1, 2023, and by deliberate indifference to his serious medical needs *Id*. at 5-6.

Plaintiff presently is incarcerated in the Northern District of Oklahoma, and the complaint asserts the defendants also are located within the territorial jurisdiction of the Northern District.

A civil action may be brought in--

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or]

(2) a judicial district in which a substantial part of the events or omissions

giving rise to the claim occurred, . . . .

28 U.S.C. § 1391(b)(1)-(2).

After careful review, the Court finds proper venue does not lie in this district, and the case should be transferred to the Northern District of Oklahoma.

**THEREFORE,** this action is transferred in the interest of justice to the United States District Court for the Northern District of Oklahoma.  *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 8th day of March 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA